Salame M. AMR, Plaintiff–Appellant,

v.

Eddie N. MOORE, Jr.; Nasser Rashidi; Larry C. Brown; Keith M. Williamson, Defendants–Appellees,

and

Virginia State University, Defendant.

No. 11–2120.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order denying his motion for reconsideration and request for a hearing. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Amr v. Virginia State Univ.*, No. 3:07–cv–00628–REP (E.D.Va. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*